

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Inger Hall, Appellant

No. 06-22-00010-CV      v.

Herman Tyeskie and Law Office of Myla
G. Mayberry, P.C., Individually/Jointly,
Appellees

Appeal from the County Court at Law No.
2 of Gregg County, Texas (Tr. Ct. No.
2020-2260-CCL2). Memorandum Opinion
delivered by Chief Justice Morriss, Justice
Stevens and Justice Carter* participating.
*Justice Carter, Retired, Sitting by
Assignment.

As stated in the Court's opinion of this date, we find that the appeal should be dismissed
for want of jurisdiction. Therefore, we dismiss the appeal.

We further order that the appellant, Inger Hall, pay all costs incurred by reason of this
appeal.

RENDERED APRIL 14, 2022
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk